UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND C. WALEN, JR.,

       Plaintiff,                       Case No. 06-14201

v.                                     District Judge John Corbett O'Meara
                                      Magistrate Judge R. Steven Whalen

SPRINT, et al.,

       Defendants.

_____/

**ORDER DENYING MOTION FOR ORAL ARGUMENT**

Plaintiff's Motion for Oral Argument [Docket #10] is hereby DENIED. Pursuant to E.D. Mich. L.R. 7.1(e)(1), Defendant's Motion for Summary Judgment will be submitted and determined on the written pleadings, without oral hearing.

SO ORDERED.

                                               S/R. Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

Dated: April 2, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 2, 2007.

                                              S/G. Wilson
                                              Judicial Assistant