UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RAYMOND C. WALEN, JR.,

        Plaintiff,        CIVIL ACTION NO. 06-14201
                                           HON. JOHN CORBETT O'MEARA
v.


SPRINT, et al.,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE WHALEN'S
<u>REPORT AND RECOMMENDATION</u>

    The Court having reviewed Magistrate Judge Whalen's Report and Recommendation, filed August 21, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

    IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [docket entry #5], filed December 08, 2006, is GRANTED, dismissing Burton in his personal and official capacities.

    IT IS FURTHER ORDERED that the Court declines to exercise supplemental

jurisdiction over Plaintiff's state law claims.

                                                             s/John Corbett O'Meara
                                                             United States District Judge

Dated: September 27, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 27, 2007, by electronic and/or ordinary mail.

                                                             s/William Barkholz
                                                             Case Manager